1   SQUIRE, SANDERS & DEMPSEY L.L.P.
    Michael W. Kelly (CA Bar #214038)
2   One Maritime Plaza, Third Floor
    San Francisco, CA 94111-3492
3   Telephone:  +1.415.954.0200
    Facsimile:  +1.415.393.9887
4
    Attorneys for Defendants
5   VERIZON COMMUNICATIONS, INC., MCI WORLDCOM
    NETWORK SERVICES, INC. and MCI HEALTH AND
6   WELFARE BENEFITS PLAN

7   WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
8   ADRIENNE C. PUBLICOVER ( State Bar No. 61432)
    REBECCA LABAT CROSBY (State Bar No. 221241)
9   525 Market Street, 17th Floor
    San Francisco, CA 94105
10  Telephone:  +1.415.433.0990
    Facsimile:  +1.415.434.1370
11
    Attorneys for Defendant
12  THE PRUDENTIAL LIFE INSURANCE COMPANY OF
    AMERICA
13
14  JONATHAN MCCURDY (CA Bar #75362)
    Law Offices of Jonathan McCurdy
15  582 Market Street, Suite 1800
    San Francisco, CA 94101
16  Telephone:  +1.415.693.0504
    Facsimile:  +1.415.693.9102
17
    Attorneys for Plaintiff
18  DANIEL A. LASTER

19                     **UNITED STATES DISTRICT COURT**

20                     **NORTHERN DISTRICT OF CALIFORNIA**

21                          **(SAN FRANCISCO DIVISION)**

22  DANIEL A. LASTER,                        Case No.  C 06-02528  BZ

23            Plaintiff,                     **STIPULATION (1) DISMISSING
                                             PRUDENTIAL INSURANCE COMPANY
24       vs.                                 OF AMERICA AND MCI WORLDCOM
                                             NETWORK SERVICES, INC., (2) ADDING
25  THE PRUDENTIAL INSURANCE                 DEFENDANT MCI HEALTH AND
    COMPANY OF AMERICA; VERIZON              WELFARE BENEFITS PLAN, AND (3)
26  COMMUNICATIONS, INC.; MCI                ACCEPTING SERVICE ON BEHALF OF
    WORLDCOM NETWORK SERVICES,               VERIZON COMMUNICATIONS, INC.
27  INC.; DOES 1 THROUGH 5,                  AND THE MCI HEALTH AND WELFARE
                                             BENEFITS PLAN
28            Defendants.

SQUIRE, SANDERS &      STIPULATION
DEMPSEY L.L.P.         CASE NO. C 06-02528 BZ
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

1    WHEREAS, Plaintiff filed a complaint alleging a violation of 29 U.S.C. § 1132(a)(1)(B)

2  based on his allegation that he is entitled to disability benefits pursuant to the terms of MCI

3  Worldcom Network Services' Group Long Term Disability Plan; and

4    WHEREAS, Plaintiff's claim is properly made against the MCI Health and Welfare

5  Benefits Plan (the "Plan"); and

6    WHEREAS, as among the parties originally named by Plaintiff, Verizon

7  Communications, Inc. acknowledges that it will accept responsibility, solely for purposes of this

8  lawsuit by Plaintiff, to make up any deficiency for any final, enforceable judgment herein, should

9  the Plan fail to make any payments ordered pursuant to a judgment herein; and

10    WHEREAS, the parties desire to simplify these proceedings by eliminating unnecessary

11  defendants;

12    NOW THEREFORE, THE PARTIES HEREBY STIPULATE, BY AND THROUGH

13  THEIR RESPECTIVE UNDERSIGNED COUNSEL OR REPRESENTATIVES:

14    1.    Plaintiff shall immediately dismiss the Prudential Insurance Company of America

15  and MCI Worldcom Network Services, Inc., with prejudice.

16    2.    Plaintiff shall amend his complaint to add MCI Health and Welfare Benefits Plan

17  as a defendant hereto and shall serve the Plan's counsel with a facsimile copy of such amendment

18  the same day the Amended Complaint is filed.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION
CASE No. C 06-02528 BZ                - 1 -                SanFrancisco/183413

3.     Verizon Communications, Inc. and the MCI Health and Welfare Benefits Plan

shall be deemed served as of the date Plaintiff served the Prudential Insurance Company of

America, and their Answers or other responsive pleadings shall be due within three court days of

the filing of the amended complaint.

Dated: May 26, 2006                                SQUIRE, SANDERS & DEMPSEY L.L.P.

By:  _____
                    Michael W. Kelly

Attorneys for Defendants
VERIZON COMMUNICATIONS, INC., MCI
WORLDCOM NETWORK SERVICES, INC
and MCI HEALTH AND WELFARE
BENEFITS PLAN

Dated: May 24, 2006                                WILSON, ELSER, MOSKOWITZ, EDELMAN
                                                   DICKER LLP

By:  _____
                    Rebecca Labat Crosby

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

Dated: May __, 2006                                JONATHAN MCCURDY

By:  _____
                    Jonathan McCurdy

Attorneys for Plaintiffs
DANIEL A. LASTER

IT IS SO ORDERED

_____
Bernard Zimmerman, Magistrate Judge

Date

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION
CASE NO. C 06-02528 BZ

- 2 -

SanFrancisco/183413

1    3.    Verizon Communications, Inc. and the MCI Health and Welfare Benefits Plan

2    shall be deemed served as of the date Plaintiff served the Prudential Insurance Company of

3    America, and their Answers or other responsive pleadings shall be due within three court days of

4    the filing of the amended complaint.

5

6    Dated: May ___, 2006                          SQUIRE, SANDERS & DEMPSEY L.L.P.

7

8                                                  By: _____
                                                            Michael W. Kelly

9                                                  Attorneys for Defendants
                                                   VERIZON COMMUNICATIONS, INC., MCI
10                                                 WORLDCOM NETWORK SERVICES, INC
                                                   and MCI HEALTH AND WELFARE
11                                                 BENEFITS PLAN

12

13   Dated: May ___, 2006                          WILSON, ELSER, MOSKOWITZ, EDELMAN
                                                   DICKER LLP

14

15                                                 By: _____
                                                            Rebecca Labat Crosby
16

17                                                 Attorneys for Defendant
                                                   THE PRUDENTIAL INSURANCE COMPANY
18                                                 OF AMERICA

19   Dated: May 2b, 2006                           JONATHAN MCCURDY

20

21                                                 By: _____
                                                            Jonathan McCurdy
22

23                                                 Attorneys for Plaintiffs
                                                   DANIEL A. LASTER

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION
CASE NO. C 06-02528 BZ                              - 2 -                          SanFrancisco/183413