UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL A. LASTER, | ) | |
| Petitioner(s), | ) | No. C06-2528 BZ |
| v. | ) | **SCHEDULING ORDER** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff having filed a motion for summary judgment, **IT IS HEREBY ORDERED** as follows:

1) A hearing shall be held on **February 7, 2007**, at **10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2) Defendants shall file by **December 20, 2006** any opposition and their cross-motion for summary judgement as one consolidated document.

3) Plaintiff shall file by **January 10, 2007** any reply and opposition papers as one consolidated document.

1

1      4)   Defendants shall file their reply by **January 18,**
2           **2007.**

Dated:   December 4, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LASTER\SCHEDULING.ORDER.wpd

2